DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant, *v.* MERLE HOLMES et al., Respondents, Impleaded with Another.

(Submitted November 24, 1924; decided December 16, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 239 N. Y. 503.)

FARMERS SYNDICATE, INC., Respondent, *v.* F. KIESER & SON CO., INC., Appellant.

*Contract — rebate — action to recover for failure to pay rebate — defense of failure of plaintiff to observe conditions upon which payment of rebate was to be made — counterclaim for breach of contract.*

*Farmers Syndicate, Inc.,* v. *Kieser & Son Co., Inc.,* 207 App. Div. 881, affirmed.

(Argued October 22, 1924; decided December 19, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 24, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to recover damages by reason of the refusal of the defendant to fulfill its alleged agreement to pay to the plaintiff a rebate of $4 per ton, of 1,150 tons of dairy feed, which had been theretofore shipped to the plaintiff under certain contracts; and to pay, also, $250 on account of shortage of shipments which had been made. The answer alleged that the agreement, if any, of the defendant to rebate the $4 per ton was not absolute, but was conditioned upon the agreement of the plaintiff that it would forthwith give the defendant directions for the shipping of the tons of feed bought by it through the several contracts, but not then directed to be shipped and not then delivered. It alleged, in addition, a counterclaim in that the plaintiff violated its contracts to receive and pay for 1,013 tons of the feed contracted and bought by the plaintiff.

*Frederick Collin* and *Frederick E. Hawkes* for appellant.
*Clayton R. Lusk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Not voting: HISCOCK, Ch. J.

---

GEORGE T. HORTON et al., Individually and as Trustees of the Estate of HORACE E. HORTON, Deceased, Respondents, *v.* WILLIAM H. REYNOLDS, Appellant.

*Contract — guaranty — action to recover upon contract of guaranty of corporate bonds — defense of laches in demanding payment and making tender of bonds.*

Horton v. Reynolds, 208 App. Div. 841, affirmed.
(Argued December 3, 1924; decided December 19, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1924, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court.   The action was to recover upon a contract of guaranty whereby the defendant expressly guaranteed the payment of certain corporate bonds within two years at ninety.   The defense was that at the expiration of the two years the market value of the bonds was greater than ninety but that the holder thereof neglected to demand payment and made no tender of the bonds nor demand upon defendant until several years thereafter at which time the corporation was insolvent and the bonds worthless.

*Alvin C. Cass* for appellant.
*Roy Guthman* and *R. M. S. Putnam* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ.   Absent: CARDOZO and MCLAUGHLIN, JJ.